UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/26/21

- - - - - - - - - - - - - - - - - - - - - - - - - - x

United States of America,

     -against-

Mark Clarke (6),

        Defendant.

16-CR-212-06 (LAK)

- - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

At the May 19, 2021 violation of supervised release hearing regarding defendant Mark Clarke, on consent, the conditions of supervision were modified by the addition of two further conditions:

First, the defendant will go into a residential reentry facility, inpatient, for three months, the facility to be as designated by the Department of Probation;

And, secondly, the defendant will have no contact whatsoever with Taylor Barnes.

SO ORDERED.

Dated:     May 25, 2021

                                  Lewis A. Kaplan
                         United States District Judge