UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA, | [~~PROPOSED~~] ORDER |
| - v. - | 16 Cr. 212 (LAK) |
| MARK CLARKE,<br>                    Defendant. | |

-----------------------------------------------------------------X

      Upon the joint application of the defendant Mark Clarke, by his counsel, Camille Abate, Esq., together with the Government, and good cause having been demonstrated, it is hereby

      **ORDERED** that pursuant to 18 U.S.C. § 4241(b) a forensic psychiatric examination be conducted of Mr. Clarke to determine his mental competency and ability to understand the nature and consequences of the proceedings against him and to assist properly in his defense, and that a report of such examination be provided to the Court, defense counsel, and the Government; and

      The examination should be conducted by Dr. Cheryl Paradis, or, if Dr. Paradis becomes unavailable, another qualified expert agreed to by the government and the defense.

**SO ORDERED**:

_____                    /s/              by AM
August \_11\_, 2021           Hon. Lewis A. Kaplan
                                   United States District Judge