UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

United States of America,

    vs.

                                            16 CR 212-26 (LAK)

Mark Clarke,
        Defendant

- - - - - - - - - - - - - - - - x

TO THE UNITED STATES MARSHAL
SOUTHERN DISTRICT OF NEW YORK:

    The defendant. Mark Clarke (Reg. No. 77505-054) is ordered remanded into the custody of the U.S. Marshal.

DATED: ~~October~~ November ___, 2021

                                                  _____
                                                  Lewis A. Kaplan
                                            United States District Judge