UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

United States of America,

      vs.                                                                16 CR 212-06 (LAK)

Mark Clarke (06),

                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO THE UNITED STATES MARSHAL
SOUTHERN DISTRICT OF NEW YORK:

     IT IS HEREBY ORDERED that, provided there are no outstanding detainers against the
defendant Mark Clarke, this defendant is ordered released from custody and returned to
supervised release immediately and in accordance with the same conditions of supervision as set
by the March 6, 2018 Judgment along with the added special condition that defendant Mark
Clark surrender to the U.S. Marshal on the 4th floor, 500 Pearl St., New York, NY. on May 12,
2022 by 2:30 PM.

DATED: 3/16/2022

_____
Lewis A. Kaplan
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/17/22