USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

United States of America,

      vs.    16-CR-212-06 (LAK)

MARK CLARKE (06)

      Defendant.

------------------------------x

TO THE UNITED STATES MARSHAL
SOUTHERN DISTRICT OF NEW YORK:

    The Court having today sentenced this defendant to time served on the outstanding violation of supervised release, and the defendant still being subject to an undischarged 10 day term of imprisonment for contempt of court,

    IT IS HEREBY ORDERED that, provided there are no other outstanding detainers against the defendant Mark Clarke, this defendant shall be discharged from the custody of the United States Marshal in accordance with any special conditions as directed by the Court, on May 5, 2024

DATED: 4/25/2024

                                      _____
                                      Lewis A. Kaplan
                                    United States District Judge