UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Government,

-against-

Mark Clarke,

Defendant.

16CR212-6 (LAK) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On July 21, 2026, Mark Clarke was produced to appear for violation of supervised release. I remanded him until Probation Officer Riley can determine if Mr. Clarke's home was an appropriate location if I decided the defendant can be released. On July 24, 2026 I brought Mr. Clarke back for a second appearance and remanded him until Probation Officer Riley can do some research on mental health facilities that the defendant can attend.

A final bail hearing is now scheduled for Monday, **August 10, 2026** at **11:30 AM** in **Courtroom 9B**. A CJA will act as standby counsel for Mr. Clarke.

DATED: August 7, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge