Case 1:16-cr-00212-LAK Document 1815-1 Filed 09/18/26 Page 1 of 1

DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-22-26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MARK CLARKE,

*Defendant.*

~~PROPOSED~~ **ORDER**

**16 Cr. 212-6 (LAK)**

Upon the application of the Government, and good cause having been demonstrated, it is hereby

**ORDERED** that, pursuant to 18 U.S.C. § 4241(b), a forensic psychiatric examination be conducted of defendant Mark Clarke to determine his mental competency and ability to understand the nature and consequences of the proceedings against him and to assist properly in his defense, and that a report of such examination be provided to the Court, defense counsel, and the Government; and

The examination should be conducted by Dr. Cheryl Paradis, or, if Dr. Paradis becomes unavailable, another qualified expert agreed to by the government and the defense.

SO ORDERED:

Dated: New York, New York
September 22, 2026

THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

2026-08-17