MEMO ENDORSED

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 11, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-12-26

**By ECF**
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Mark Clarke*, 16 Cr. 212 (LAK)**

Dear Judge Kaplan:

The Government respectfully submits this letter in advance of the November 18, 2026 violation of supervised release ("VOSR") hearing (the "Hearing") in this case to summarize the violation specifications, applicable law, and evidence that the Government expects to offer at the Hearing.

## I. Scope of the Hearing

### a. The Defendant's Underlying Conviction and Initial Supervised Release Term

In March 2018, the Court sentenced the defendant to 30 months' imprisonment and five years of supervised release, following his conviction of conspiring to distribute more than fifty kilograms of marijuana, in violation of 21 U.S.C. §§ 846, 841(a), and 841(b)(1)(C). *See* Dkt. No. 1277 (judgment). The defendant's term of supervised release began in August 2018.[1] *See* 2024 Am. Violation Rep. at 2.

### b. The Defendant's Prior Violation of Supervised Release

In April 2024, the defendant admitted that he violated his conditions of supervised release by committing Harassment in the Second Degree, in violation of New York Penal Law § 240.26, during a June 2023 dispute with a bank employee in which the defendant demanded more money than was in his accounts. Apr. 16, 2024 Hr'g Tr. 25:3-28:5, Dkt. No. 1752. The Court sentenced the defendant to time served (approximately two months' imprisonment) and imposed a new supervised release term of three years. *See* Dkt. No. 1748 (Judgement of Revocation).

[1] The defendant had been incarcerated since April 27, 2016. *See* Dkt. No. 140 (Presentment Minute Entry).

Memorandum Endorsement

United States v. Clarke, 16-cr-0212 (LAK)

To the extent that the government's letter seeks rulings *in limine,* it is denied. The Federal Rules of Evidence do not apply in supervised release revocation hearings. *United States v. Bari,* 599 F.3d 176, 178-79 (2d Cir. 2010); Fed. R. Evid. 1103(d)(3).

SO ORDERED.

Dated: November 12, 2026

Lewis A. Kaplan
United States District Judge